| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | DEBORAH LEE STACHEL |
| 3 | Regional Chief Counsel, Region IX<br>Social Security Administration |
| 4 | MICHAEL K. MARRIOTT, CSBN 280890<br>Special Assistant United States Attorney |
| 5 | 160 Spear Street, Suite 800<br>San Francisco, California 94105 |
| 6 | Telephone: (415) 977-8985 |
| 7 | Facsimile: (415) 744-0134<br>E-Mail: Michael.Marriott@ssa.gov |
| 8 | |
| 9 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| BIRDIE SMITH,<br><br>　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　Defendant. | )　Civil No. 1:18-cv-00189-GSA<br>)<br>)　**STIPULATION AND PROPOSED ORDER**<br>)　**FOR A FIRST EXTENSION OF TIME**<br>)　**FOR DEFENDANT TO FILE HER BRIEF**<br>)<br>)<br>)<br>)<br>)<br>) |

　　IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 45 days to file her responsive brief. Defendant respectfully requests this extension of time because a very heavy workload, including five other district court merits briefs due within the next two weeks, and because of an upcoming lengthy vacation for the end of the year holidays.

Stip. to Extend Def.'s Brief

1

The new due date for Defendant's responsive brief will be Monday, January 28, 2019.

Respectfully submitted,

Date: *December 13, 2018*    MACKENZIE LEGAL, PLLC

By: */s/ Kelsey Mackenzie Brown**
KELSEY MACKENZIE BROWN
* *By email authorization on Dec. 13, 2018*
Attorney for Plaintiff

Date: *December 13, 2018*    MCGREGOR W. SCOTT
United States Attorney

By: */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

IT IS SO ORDERED.

Dated:  **December 14, 2018**         **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE