| | |
|---|---|
| 1 | MCGREGOR W. SCOTT |
| | United States Attorney |
| 2 | DEBORAH LEE STACHEL |
| 3 | Regional Chief Counsel, Region IX |
| | Social Security Administration |
| 4 | MICHAEL K. MARRIOTT, CSBN 280890 |
| | Special Assistant United States Attorney |
| 5 | 160 Spear Street, Suite 800 |
| | San Francisco, California 94105 |
| 6 | Telephone: (415) 977-8985 |
| 7 | Facsimile: (415) 744-0134 |
| | E-Mail: Michael.Marriott@ssa.gov |
| 8 | |
| 9 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| BIRDIE SMITH, | Civil No. 1:18-cv-00189-GSA |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER FOR A SECOND EXTENSION OF TIME FOR DEFENDANT TO FILE HER BRIEF** |
| v. | |
| NANCY A. BERRYHILL, | |
| Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a second extension of time of 10 days to file her responsive brief. Upon review of the administrative record and Plaintiff's contentions, the undersigned believes that this case may warrant voluntary remand in lieu of further litigation. This extension will allow the undersigned to communicate and consult with the Appeals Council.

Stip. to Extend Def.'s Brief

1

1 | The new due date for Defendant's responsive brief will be Thursday, February 7, 2019.

Respectfully submitted,

Date: *January 28, 2019*  MACKENZIE LEGAL, PLLC

By: */s/ Kelsey Mackenzie Brown*\*
KELSEY MACKENZIE BROWN
\* *By email authorization on January 28, 2019*
Attorney for Plaintiff

Date: *January 28, 2019*  MCGREGOR W. SCOTT
United States Attorney

By: */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

<u>Of Counsel</u>
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

IT IS SO ORDERED.

Dated:  **February 6, 2019**           **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE