MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| BIRDIE SMITH, <br><br>    Plaintiff, <br><br>    v. <br><br>NANCY A. BERRYHILL, <br>Acting Commissioner of Social Security, <br><br>    Defendant. | Civil No. 1:18-cv-00189-GSA <br><br>**STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

Stipulation for Voluntary Remand

1

Upon remand, the Appeals Council will instruct the Administrative Law Judge to offer Plaintiff the opportunity for a new de novo administrative hearing, to obtain supplemental evidence from a vocational expert, and to issue a new decision.

Respectfully submitted,

Date: *February 6, 2019*  By: */s/ Kelsey Mackenzie Brown\**
KELSEY MACKENZIE BROWN
*\* By email authorization on February 5, 2019*
Attorney for Plaintiff

Date: *February 6, 2019*  MCGREGOR W. SCOTT
United States Attorney

By: */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

IT IS SO ORDERED.

Dated: **February 6, 2019**        **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE