UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIRDIE SMITH,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　　　Respondent. | No. 1:18-cv-00189-GSA<br><br>**ORDER DIRECTING CLERK OF COURT TO CLOSE CASE**<br><br>**(Doc. 22)** |

　　　On February 6, 2019, the Court ordered the remand of the above-captioned case pursuant to the parties' Stipulation for Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g). Doc. 22. Accordingly, the Clerk of Court is hereby directed to close the case.

IT IS SO ORDERED.

　　Dated: __**March 4, 2019**__　　　　　　　　__/s/ Gary S. Austin__
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1