KELSEY MACKENZIE BROWN, CA #263109
Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA. 98406

Phone: (206) 300-9063
Email: kelsey@mackenzielegal.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIRDIE SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 1:18-CV-0189-GSA<br><br><br>STIPULATED MOTION FOR<br>ATTORNEYS FEES AND EXPENSES<br>PURSUANT TO 28 U.S.C. § 2412(d) |

The parties agree that Plaintiff is entitled to an award of attorney's fees and expenses to be paid by the Defendant, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), subject to any offset as described in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

The parties agree that an award of attorney's fees in the amount of $6,200, as an inclusive amount of all attorney fees and expenses, shall be awarded to Plaintiff as a settlement amount.

If it is determined that Plaintiff's EAJA fees and expenses are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees and costs shall be made payable to **Kelsey Mackenzie Brown**, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.

The parties agree that whether these checks are made payable to Plaintiff, or to Kelsey Mackenzie Brown, they shall be mailed to Plaintiff's attorney at the following address: **Mackenzie Legal, PLLC, c/o Kelsey Brown, 1003 Whitman Street, Tacoma, WA 98406**.

Dated this 4th day of June 2019:
    s/ KELSEY MACKENZIE BROWN
    Kelsey Mackenzie Brown, CA #263109
    1003 Whitman Street
    Tacoma, WA 98406
    Telephone: (206) 300-9063
    Kelsey@mackenzielegal.com

    Attorney for Plaintiff

Dated this 4th day of June 2019:
    s/ KELSEY MACKENZIE BROWN FOR
    Michael Marriott
    Via email authorization
    Social Security Administration
    Office of the General Counsel
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    415-977-8942

    Attorneys for Defendant

IT IS SO ORDERED.

    Dated: **June 11, 2019**        **/s/ Gary S. Austin**
                                     UNITED STATES MAGISTRATE JUDGE